**Donald K. ALEXANDER, Plaintiff-Appellant,**

v.

**Frank C. PETTIS, Jr., Ms. E. Englebloom, Chris Baker, and Laclede Gas Company, Defendants-Respondents.**

No. 49453.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 27, 1985.

Donald K. Alexander, pro se.

Paul B. Hunker, Jr., Ronald S. Gieseke, St. Louis, for defendants-respondents.

ORDER

PER CURIAM.

Donald K. Alexander appeals from a judgment in favor of Laclede Gas Company on both his claim for wrongful termination of gas service and on Laclede's counterclaim for the balance due proceeding. An extended opinion would have no precedential value and the judgment is affirmed pursuant to Rule 84.16(b).